[No. 18419–9–I. Division One. February 16, 1988.]

MAUREEN J. MITCHELL, *Appellant,* v. TERRILL L. MAXWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–19970–7, Robert M. Elston, J., entered March 31, 1986. *Affirmed* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by Durham and Little, JJ. Pro Tem.

[No. 10136–0–II. Division Two. February 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER E. GARISS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 85–1–00097–3, William E. Howard, J., entered July 3, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10036–3–II. Division Two. February 17, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN RIVERA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–1–00012–5, Terence Hanley, J., entered June 3, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.